SCANNED at BCF and Emailed on
3/18/21 by PM - 32 pages.
(date)  (initials)  (num)

Kevin R. Lewis # 987818
Branchville Correctional Facility
21390 Old State Road 37
Branchville, Indiana. 47514

**FILED**

**03/18/2021**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:21-cv-52-RLY-MPB

_____Kevin R. Lewis_____ Plaintiff

V.

_____Joseph Sayler Esq._____ Defendant

### 1983 CIVIL RIGHTS COMPLAINT

#### A. PARTIES

1.) I, Kevin R. Lewis, am a citizen of The State of Indiana. And presently reside at Branchville Correctional Facility, 21390 Old State Road 37 Branchville, Indiana 47514.

2.) Defendant Joseph Sayler is a citizen of State of Indiana. Whose address is One Caisson Drive Suite A. Franklin, Indiana. 46131 And who is employed as Deputy Prosecutor for the 8th Judicial Circuit in Johnson County Indiana.

## B. JURISDICTION

1. This cause of action is brought pursuant to 42 U.S.C. § 1983

## C. NATURE OF THE CASE

The Petitioner is currently involved in pursuing a State Post-Conviction in Johnson County Indiana. Cause# 41D03-2008-PC-000006 formerly # 41D03-2006-F6-000395 in which Joseph Sayler is currently defending the petition on behalf of the State of Indiana in his official capacity as Deputy Prosecutor.

## D. CAUSE OF ACTION

**Claim I:** The Petitioners 1st Amendment right to access the Courts for redress of grievances, was violated along with the Petitioners Due Process of Law under the Fifth and Fourteenth Amendment was violated by the Defendant Joseph Sayler in the Course of his duties as Deputy Prosecutor for Johnson County State of Indiana.

**Supporting Facts:**

The Petitioners Constitutional Rights were violated by the defendant at a review hearing on March 1st, 2021 in the pending Post- Conviction proceeding cause 41D03-2008-PC-000006 before the Honorable Judge Douglas B. Cummings -/- Johnson County Circuit-Superior Court Magistrate. At said hearing the defendant Joseph Saylor in open Court and on record informed Mr. Lewis, (Petitioner) that when he is successful in his Post- Conviction not only will he be refiling the original charge ( Failure to Return To Lawful Detention F-6) But will be including Count II. Habitual Offender and seeking the maximum on both counts. A charge that was never contemplated, expressed or dismissed as part of any plea agreement in the original charging information. And the Petitioner was never exposed to pre-appeal. The oral record would also portray the context and demeanor in which these threats of vindictive motivation in an attempt to "chill" Mr. Lewis' redress of his grievances (a lawful action guaranteed by our 1st amendment) contained within his post-conviction petition. Basically setting a cost for the Petitioners Due Process of Law guaranteed pursuant to the United States Constitution Fourteenth Amendment.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. The Petitioner filed for a Temporary Restraining Order and Preliminary injunction in the Johnson County Superior Court No. 3 Magistrate division under his post-conviction cause 4103-2008-PC-000006. And Supporting Memorandum of Law which was denied on March

11th, 2021. The Petitioner requested that the Trial Court certify its order and requested permission for an Interlocutory appeal on March 16th, 2021.

a. Parties to a previous lawsuit:

Plaintiff(s): Kevin R. Lewis

Defendant(s): State of Indiana via: Joseph Sayler Esq.

b. Name and location of the court and the docket number. Johnson County Superior Court No. 3 Magistrate Division, main Courthouse 3rd fl. 5. East Jefferson Street, Franklin, Indiana. 46131. Cause # 41D03-2008-PC-000006

c. Disposition of lawsuit. Still Pending.

d. Issues raised: Breech of plea agreement, mutual mistake of fact, 6th Amendment Violation – right to counsel.

e. Approximate date of filing lawsuit: August of 2021

f. Approximate date of disposition: Still Pending

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  Yes

If your answer is "Yes" briefly describe how relief was sought and the result.

Filed a verified Motion for Temporary Restraining Order and or Preliminary Injunction and Memorandum of Law in support thereof. In which was denied

3. I have exhausted available administrative remedies. (**No**)" briefly explain the steps taken. . If answer is "No," briefly explain why administrative remedies were not exhausted.

Currently awaiting permission to seek an interlocutory appeal in the Indiana Court of Appeals and Asked the trial Court to certify its order on March 16th, 2021. However this is a Constitutional issue and a violation thereof the Petitioners Constitutional Rights by the Defendant and therefore a 1983 CIVIL RIGHTS COMPLAINT is a proper vehicle in which the petitioner feels would provide adequate relief.

F.
## G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

There are no previously dismissed actions or appeals.

## G. REQUEST FOR RELIEF

I request the following relief:

The Petitioner would seek an Emergency Injunction enjoining the defendant Joseph Sayler Esq. from further violations of the Petitioners 1st and 5th and 14th Amendment Rights of the United States Constitution

Petitioner, Kevin R Lewis 987818

_____
Branchville Correctional Facility
21390 Old Highway 37 North
Branchville, IN 47514

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at Branchville Correctional Facility on March 17th 2021
         (Location)                              (Date)

_____
Prisoner's Original Signature